**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

IN RE:

**ALPHONSO STAFFORD HEARNS, JR.**

Debtor

Case No. **17-12727-WIL**
Chapter 13

**COMBINED NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS AND**
**NOTICE OF CONTINUED CONFIRMATION HEARING**

    Upon the Debtor's request, and approval by the Chapter 13 Trustee, NANCY L. SPENCER GRIGSBY, the Section 341 Meeting of Creditors has been continued to **May 18, 2017 at 2:00 pm** and the Confirmation Hearing set in this matter has been continued to **June 13, 2017 at 10:00 am**.

    The Meeting of Creditors will be held at the Office of the United States Trustee at 6305 Ivy Lane, Suite 621, Greenbelt, Maryland 20770.

    The Confirmation Hearing will be held at the United States Courthouse at 6500 Cherrywood Lane, Third Floor Courtroom 3-C, Greenbelt, Maryland 20770.

    PLEASE BE ADVISED THAT YOU ARE REQUIRED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT. ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

April 17, 2017

/s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
NGRIGSBY@CH13MD.COM

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of April, 2017, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Combined Notice of Continuance  will be  served electronically by the Court's CM/ECF system on the following:

Kobi O. Smith     kobismith@gmail.com
(Debtor's Counsel)

    I hereby further certify that on the 17th day of April, 2017, a copy of the Combined Notice of Continuance  was also mailed first class mail, postage prepaid to:

ALPHONSO STAFFORD HEARNS, JR.
8407 DEEGAN COURT
CLINTON, MD  20735-2999
Debtor

/s/ NANCY L. SPENCER GRIGSBY
NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee

Case 17-12727   Doc 19   Filed 04/17/17   Page 2 of 2