| | | | |
|---|---|---|---|
| Case Number: | 17-12727-WIL | | ALPHONSO STAFFORD HEARNS, JR. |
| Petition Filing Date: | 3/1/2017 | | |
| Plan Filing Date: | 3/15/2017 | Counsel: | KOBI OKERA SMITH |
| First Payment: | 3/31/2017 | Phone #: | 3017720248 |
| Confirmation Date and Time: | 5/16/2017 10:00 AM | E-Mail: | |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Apr 13 2017 1:00PM | First Meeting Complete? | Held Open for P&L statements & rental income verification |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 5/18/2017 2:00:00 PM |
| Prior Bkys | ☑ No ☐ Yes | ☐ CH7 Year Filed | ☐ CH13 Year Filed |
| Present Creditors: | | | |

| | |
|---|---|
| Performance: | two due; two paid |
| Income/DI: | W's income verified $5766.94 vs $2724 net.<br>H-s/e lawyer-per P&Ls ~$4484/mo. Cont to provide P&Ls w/ bank statmnts to substantiate<br>Rental income-need P&LS or other evidence of rental income & exp.<br>Work to segregate business & per bank accts. |
| Tax/Refund History: | Waiving Refund requirement<br>Need to budget for future 1/4ly tax payments |
| Expense Verification: | $397 car-pd off in 3~ years<br>$1390-child care/ed-private school-Tee will obj |
| Chapter 7 Liqudation: | RES-owned by D alone-$46242 equity per A/D. Rents out. Need better value (priority tax debts erode all equity).<br>Family recides at Spouse's sep property. Not party of bnkr estate. |
| Amended Plan: | Plan is underfunded to pay priority & secured claims as filed/scheduled.<br>Ensure incorporates all DI as noted above.<br>IRS c1 p/c $83,181.58 includes 2016 NR. |
| Amended Schedules: | J-delete student loans<br>A- value vehicle |
| Motion/Objections: | |
| Other: | |

Meeting Conducted By: Mary Park McLean, Esquire

Reviewed By: Mary Park McLean, Esquire

Reviewed Date: 5/22/17